IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00327-MEH

ALLAN REICHEL,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY d/b/a
AMERICAN FAMILY INSURANCE, a corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation to Dismiss with Prejudice [filed April 20, 2015; doc #12], which the Court construes as filed pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is ORDERED that this matter is **dismissed with prejudice**, and all parties are to pay their own attorney's fees and costs.

Entered and dated at Denver, Colorado, this 20th day of April, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge